IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RANDALL McARTHUR,

       Petitioner,             No. 2:11-cv-00582 GEB KJN P

   vs.

R. HILL, Warden

       Respondent.        ORDER

_____/

       Petitioner, a state prisoner proceeding without counsel, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254, together with a request to proceed in forma pauperis. Although petitioner has submitted an affidavit in support of his request to proceed in forma pauperis, the "certificate" portion of that form, which certifies the amount of funds in petitioner's prison trust account, was not completed by a prison official; nor was a certified trust account statement provided. See 28 U.S.C. §§ 1914(a); 1915(a). Petitioner will therefore be provided the opportunity to submit the appropriate documents in support of his request to proceed in forma pauperis, or to submit the appropriate filing fee ($5.00).

////

////

////

1

In accordance with the above, IT IS HEREBY ORDERED that:

1. Petitioner shall submit, within thirty days from the date of this order, a new and fully completed affidavit in support of his request to proceed in forma pauperis, or the appropriate filing fee; petitioner's failure to comply with this order will result in the dismissal of this action; and

2. The Clerk of the Court is directed to send petitioner a copy of the in forma pauperis form used by this district.

DATED: April 5, 2011

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

car0582.101a